TRINOVA CORPORATION v DEPARTMENT OF TREASURY, No. 82673. Reported *ante,* 141.